# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pinter, Justin Raymond | Docket No. | 0980 2:17CR00205-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Raymond Pinter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of November, 2017, under the following conditions:

**Special Condition #21**: Defendant may not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known to congregate.

**Special Condition #28: Curfew:** Defendant shall be restricted to his residence every day from 10:00p.m. to 7:00a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** After reviewing global positioning systems (GPS), on March 14, 2018, the defendant walked in between Garry Middle School and the Nevada Playfield, on March 13, 2018, a park and school where children are known to congregate.

**Violation #2:** The defendant violated his curfew by leaving his residence unauthorized, on March 30 2018.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:     April 2, 2018 |
| by | s/Corey M. McCain |
|   | Corey M. McCain<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

    April 2, 2018
_____
Date