UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN PINTER,<br><br>Defendant. | No. 2:17-CR-00205-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL AND MODIFICATION OF CURFEW CONDITION<br><br>**MOTION GRANTED**<br>**(ECF No. 51)** |

Before the Court is Defendant's Motion to Travel and Motion to Modify Curfew (Unopposed). ECF No. 51. Defendant specifically requests permission to travel to two family events and for a permanent modification of his curfew for work purposes. ECF No. 51 at 1-2.

First, Defendant requests permission to attend his sister's wedding in Kingston, Idaho on June 30, 2018. ECF No. 51 at 2. Defendant further requests his curfew be extended this day to midnight. ECF No. 51 at 2. As to this request, Defendant recites that U.S. Probation does not object to the travel, defers to the Court as to the extension of curfew on this date, and that the United States defers to the recommendation of U.S. Probation. ECF No. 51 at 2.

Second, Defendant requests permission to travel to Priest Lake, Idaho on July 4, 2018 for a family gathering. Defendant recites that U.S. Probation has no objection to this request and that the United States again defers to the recommendation of U.S. Probation. ECF No. 51 at 2.

Last, Defendant requests his curfew imposed at ECF No. 17 be modified to require him to be restricted to his residence every day from 10:00 p.m. to 5:00 a.m. Defendant explains that he frequently is required to be at his job before 7:00 a.m. (the current limit of his curfew) and that changing his curfew to 5:00 a.m. would limit the complications he faces at work. ECF No. 51 at 3. Defendant recites that U.S. Probation does not object to the extension as it relates to Defendant's employment and that the United States defers to Probation. ECF No. 51 at 3 n.1.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 51**, is **GRANTED**. Defendant is permitted to travel to Kingston, Idaho on June 30, 2018 and his curfew that day is extended to midnight. Defendant is also permitted to travel to Priest Lake, Idaho on July 4, 2018 for his family gathering. For both trips, Defendant shall provide Pretrial Services a telephone number where he may be contacted at any time.

Finally, Defendant's pretrial release conditions are modified as follows:

**(28)** **Curfew**: Defendant shall be restricted to his residence every day from **10:00 p.m. to 5:00 a.m.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 26, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE