# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pinter, Justin Raymond | Docket No. | 0980 2:17CR00205-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Justin Raymond Pinter, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17 day of November, 2017, under the following conditions:

**Special Condition #21**: Defendant may not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known to congregate

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On November 20, 2017, U.S. Probation reviewed the pretrial release conditions with Mr. Pinter. He signed his release conditions acknowledging an understanding of his conditions, to include special condition 21.

After reviewing global positioning systems (GPS), on August 3, 2018, the defendant entered a park, on the corner of North Nevada and East Bismark streets on August 2, 2018. Mr. Pinter was in the park for approximately 5 minutes. When Mr. Pinter was confronted about congregating at the park, he admitted to going to the park to meet a co-worker to bring him banners. Mr. Pinter advised his employer was one of the sponsors for a festival being held in Hillyard that upcoming weekend. Mr. Pinter was reminded that he is prohibited from being in a place where minors congregate.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: August 9, 2018 |
| by | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Pretrial Services Officer |

PS-8
Re: Pinter, Justin Raymond
August 9, 2018
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 9, 2018
Date